# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERTO CHAIREZ, #15248-509 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-0008-S-BT |
| | § | |
| UNITED STATES OF AMERICA | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 26]. Plaintiff Roberto Chairez's claims against Defendant United States of America are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**SO ORDERED.**

SIGNED September 24, 2026.

**UNITED STATES DISTRICT JUDGE**